## DAVIDSON ELECTRIC MEMBERSHIP CORP. v. CITY OF LEXINGTON

No. 197P91

Case below: 102 N.C.App. 351

Petition by plaintiff (NCEMC) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## DAVIS v. TOWN OF SOUTHERN PINES

No. 142P91

Case below: 101 N.C.App. 570

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## DENTON v. PEACOCK

No. 208P91

Case below: 101 N.C.App. 574

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.

## DUNN v. PACIFIC EMPLOYERS INS. CO.

No. 139PA91

Case below: 101 N.C.App. 508

Motion by the defendant to dismiss appeal for lack of substantial constitutional question denied 12 June 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1991.

## ESTRIDGE v. FORD MOTOR CO.

No. 118P91

Case below: 101 N.C.App. 716

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.